# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIA ELDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION<br><br>　　　　Defendant | Civil Action No. 2:15-03834<br><br><br>Hon. Thomas N. O'Neill, Jr. |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: December 28, 2015     BY:   */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　 Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　 PA No. 57100
　　　　　　　　　　　　　　　　　 Kimmel & Silverman, P.C
　　　　　　　　　　　　　　　　　 30 East Butler Pike
　　　　　　　　　　　　　　　　　 Ambler, PA 19002
　　　　　　　　　　　　　　　　　 Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　 Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　 Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Michael W. McTigue Jr.
Meredith C. Slawe
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
michael.mctigue@dbr.com

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
PA No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff